# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Senior Opportunity Fund Operations - I, LLC, et al. <br> *Plaintiff* <br> v. <br> Assisted Living by Hillcrest, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-1008 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Assisted Living by Hillcrest, LLC and Amy Doolittle Doro .

Date: 10/20/2022

s/Jenna E. Rousseau
*Attorney's signature*

Jenna E. Rousseau, WI SBN 1065236
*Printed name and bar number*
Renning, Lewis & Lacy, s.c.
205 Doty Street, Suite 201
Green Bay, WI 54301

*Address*

jrousseau@law-rll.com
*E-mail address*

(920) 283-0708
*Telephone number*

(608) 333-0828
*FAX number*