# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SENIOR OPPORTUNITY FUND OPERATIONS, I, LLC,** | |
| Plaintiff(s), | **RULE 16 TELEPHONE** |
| v. | **SCHEDULING CONFERENCE** |
| **ASSISTED LIVING BY HILLCREST, LLC** | Case No. 22-C-1008 |
| Defendant(s). | |

HONORABLE WILLIAM C. GRIESBACH presiding        Time Called:   9:22 am

Proceeding Held: December 7, 2022        Time Concluded:   9:26 am

Deputy Clerk: Lori        Tape:   120722

## Appearances:

**Plaintiff(s)**:    Thomas Burnett

**Defendant(s):**   Jenna Rousseau

## Scheduling:

| | | | |
|---|---|---|---|
| Initial Disclosures: | 1/6/2023 | Dispositive Motions: | 11/30/2023 |
| Amended Pleadings: | See below | Final Pretrial Conference: | 3/15/2024 at 1:30 pm |
| Expert Disclosures: | 7/28/2023 | ☒ Jury Trial or ☐ Court Trial: | 4/8/2024 at 8:30 am |
| Expert Disclosure: | | Trial Estimate: | 5 |
| Rebuttal Disclosures: | 8/31/2023 | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Discovery: | 10/31/2023 | | |

☒   Hearing dates entered on calendar

The court adopts the dates set in the Rule 26(f) report.

There is a pending motion for partial dismissal. Once briefing is complete, the court will issue an order.

Additional parties or claims can be added/amended within 30 days of the court's ruling on Defendants' pending motion for partial dismissal.