# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**SENIOR OPPORTUNITY FUND OPERATIONS,**
                      Plaintiff(s),                       **TELEPHONE**
      v.                                           **STATUS CONFERENCE**

**ASSISTED LIVING BY HILLCREST, et al.**           Case No. 22-C-1008
                      Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding       Time Called: 9:04 am
Proceeding Held: June 14, 2023                     Time Concluded: 9:08 am
Deputy Clerk: Lori                                         Tape: 061423

**Appearances:**

**Plaintiff(s):**    Daniel G. Murphy

**Defendant(s):**   Jenna Rousseau and Adam Deutsch on behalf of Assisted Living by Hillcrest, Amy Doolittle Doro and Jackie Dey
                    John L. Pollock on behalf of Capital Credit Union incorrectly named as Capital Credit Union Service Corp.

---

The matter is on the calendar to address the [34] Motion for New Rule 16 Conference filed by Capital Credit Union**.**

Mr. Pollock addresses that his client was incorrectly named in the pleading as Capital Credit Union Service Corp.
Mr. Murphy believes this was an oversight but request the parties be able to address this off the record and submit a stipulation to address this.

The court instructs the parties to confer and submit new scheduling dates for approval.
Mr. Pollock requests new FPT and JT dates, he has conflicts with the current dates.
The parties will confer and submit a proposed revised scheduling order for approval.
The court instructs the parties that if they are unable to reach agreement, the court can put the matter back on the calendar to address new dates.