# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

SENIOR OPPORTUNITY FUND OPERATIONS-I,
LLC, and OPCO THAL, LLC,
                       Plaintiffs,

v.                        **TELEPHONE STATUS CONFERENCE**
                                            Case No. 22-C-1008

ASSISTED LIVING BY HILLCREST, AMY
DOOLITTLE DORO, JACKIE DEY, and
CAPITAL CREDIT UNION, ,
                       Defendants.

---

HONORABLE WILLIAM C. GRIESBACH presiding         Time Called: 9:23 am
Proceeding Held: May 28, 2024                             Time Concluded: 9:37 am
Deputy Clerk: Lori                                                  Tape: Zoom 052824

**Appearances:**

    **Plaintiff(s):**    Thomas Burnett

    **Defendant(s):**   Adam Deutsch on behalf of assisted Living by Hillcrest, Amy Doolittle Doro and Jackie Dey
                            John L. Pollock on behalf of Capital Credit Union incorrectly named as Capital Credit Union Service Corp.

---

Mr. Burnett states there have been ongoing discussions following the mediation in January before Judge Jones.
Mr. Burnett would prefer to reset dates and proceed with litigation.
Mr. Deutsch agrees with resetting dates and will continue negotiations.
Mr. Deutsch updates as to litigation procedures involving malpractice carrier of former counsel.
The parties state initial disclosures and paper discovery were completed, no depositions have been done.

**Discovery Deadline: 12/16/24**
**Dispositive Motion Deadline: 1/15/25**

**Expert Disclosure for any party bearing the burden of proof on an issue where the party intends to use an expert witness is due on or before 8/15/24.**
**Response Expert Disclosures are due on or before 10/15/24.**
**Any supplementation of expert disclosures is due on or before 11/15/24.**

**Final Pretrial Conference is 5/23/25 at 1:30 pm**
**Jury Trial is 6/16/25 at 8:30 am. (4 days)**