# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**SENIOR OPPORTUNITY FUND OPERATIONS-I LLC et al.**
Plaintiffs,

v. | **SETTLEMENT CONFERENCE**
Case No. 22-C-1008

**ASSISTED LIVING BY HILLCREST LLC et al.,**
Defendants.

---

HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: _____
Proceeding Held: January 16, 2025 | Time Concluded: _____
Deputy Clerk: Joleen | Tape: _____

**<u>Appearances:</u>**

    **Plaintiffs:**      Thomas Burnett and Bryan Reuter

    **Defendants:**      Adam Deutsch and defendant Amy Doro
                         John Pollock appears via phone

---

<p style="text-align:center; color:red;">**NOT ON THE RECORD**</p>

The parties hold a discussion regarding potential settlement options.