

Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202-3197

Telephone: 414.298.1000
Facsimile: 414.298.8097
reinhartlaw.com

August 6, 2025

Thomas M. Burnett
Direct Dial: 414-298-8343
tburnett@reinhartlaw.com

FILED ELECTRONICALLY

Judge William C. Griesbach
United States Courthouse
Room 203
125 South Jefferson Street
Green Bay, WI 54301-4541

Dear Judge Griesbach: 

Re: *Senior Opportunity Fund Operations - I, LLC, et al. v. Assisted Living by Hillcrest, LLC, et al.* Case No. 1:22-cv-01008

I write on behalf of all parties to advise the Court that Plaintiffs Senior Opportunity Fund Operations – I, LLC and OPCO THAL, LLC ("Plaintiffs") and Defendants Assisted Living by Hillcrest, LLC, Amy Doolittle Doro, and Jackie Dey ("Defendants") have reached an agreement in principle to resolve all remaining claims pending in the above-captioned action. The parties are currently working together to finalize the written terms of that agreement.

In light of this development, Plaintiffs and Defendants respectfully request that all upcoming deadlines and court dates be removed from the Court's docket while they work to finalize and execute the settlement agreement. The parties will notify the Court promptly once the settlement has been completed.

Thank you in advance for the Court's attention to this matter.

Yours very truly,

Thomas M. Burnett

54334396