SENIOR OPPORTUNITY FUND
OPERATIONS – I, LLC, and
OPCO THAL, LLC,

            Plaintiffs,

v.

ASSISTED LIVING BY HILLCREST, LLC,
AMY DOOLITTLE DORO, JACKIE DEY, and
CAPITAL CREDIT UNION,

            Defendants.

Case No.1:22-cv-01008

## STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS ASSISTED LIVING BY HILLCREST, LLC AND AMY DOOLITTLE DORO

This Stipulation is made and entered into by and between Plaintiffs Senior Opportunity Fund Operations – I, LLC and OPCO THAL, LLC (collectively, "Plaintiffs") and Defendants Assisted Living by Hillcrest, LLC ("ALBH"), Amy Doolittle Doro ("Doro"), and Jackie Dey ("Dey"), (collectively, the "ALBH Defendants"), through their undersigned counsel.

WHEREAS, Plaintiffs initiated this action on or about September 1, 2022, asserting claims against ALBH for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, and claims against ALBH and Doro for Civil Theft under Wis. Stat. § 895.446, Conversion, and Money Had and Received. (ECF No. 1);

WHEREAS, Plaintiffs filed a First Amended Complaint on or about May 8, 2023, asserting the same claims against ALBH and Doro, as well as claims against Dey for Civil Theft under Wis. Stat. § 895.446, Conversion, and Money Had and Received, and an additional claim against Capital Credit Union.  (ECF No. 27);

WHEREAS, all claims against Defendant Capital Credit Union were previously dismissed, pursuant to a settlement agreement between Plaintiffs and Capital Credit Union. (ECF No. 69);

WHEREAS, Defendants Doro and ALBH do not dispute liability on Plaintiffs' claim for Civil Theft under Wis. Stat. § 895.446;

NOW, THEREFORE, Plaintiffs and the ALBH Defendants, desiring to fully and finally resolve all remaining claims and counterclaims asserted in this action, stipulate and agree as follows:

1. This Court has jurisdiction over the subject matter of this action and over Plaintiffs and the ALBH Defendants.

2. Defendants Doro and ALBH consent to entry of judgment in favor of Plaintiffs and against Doro and ALBH, jointly and severally, on Plaintiffs' claim for Civil Theft under Wis. Stat. § 895.446.

3. Judgment shall be entered against Doro and ALBH, jointly and severally in the amount of $850,000.00, inclusive of all costs and attorneys' fees.

4. This Judgment may be recorded in accordance with applicable law.

5. This judgment shall be binding upon and inure to the benefit of the parties and their respective heirs, successors, privies, assigns, and acquiring companies, if any.

6. All remaining claims and/or counterclaims asserted in this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7. An order to this effect may be entered without further notice or hearing.

Dated this 3rd day of September, 2025.

        **REINHART BOERNER VAN DEUREN S.C.**

        *s/Thomas M. Burnett*
        Thomas M. Burnett, WI State Bar No. 1076010
        Danielle E. Marocchi, WI State Bar No. 1103023
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202-3186
        Telephone: 414-298-1000
        Facsimile: 414-298-8097
        tburnett@reinhartlaw.com
        dmarocchi@reinhartlaw.com

        *Attorneys for Plaintiffs*

        **NORTHEAST LAW GROUP, LLC**

        *s/Adam L. Deutsch*
        Adam L. Deutsch, MA State Bar No. 569173
        Mailing Address:
        P.O. Box 60717
        Longmeadow, MA 01116
        Office Address:
        7 Purves Street, Ste. 12
        East Longmeadow, MA 01028
        Phone: 413-285-3646
        Fax: 413-200-3305
        adam@northeastlawgroup.com

        **THE KATZ LAW FIRM, P.C.**

        Jefferey Ogden Katz WI State Bar No. 1075571
        THE KATZ LAW FIRM, P.C.
        161 N. Clark, Suite 1600
        Chicago, Illinois 60601
        T: 312.300.3727
        jkatz@thekatzlaw.com

        *Attorneys for Defendants, Assisted Living by Hillcrest, LLC, Jackie Dey, and Amy Doolittle Doro*