UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SENIOR OPPORTUNITY FUND OPERATIONS-I, LLC, et al.,

        Plaintiffs,

        v.                       Case No. 22-C-1008

ASSISTED LIVING BY HILLCREST, LLC, et al.,

        Defendants.

---

**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT**

---

        Plaintiffs Senior Opportunity Fund Operations-I, LLC, and OPCO THAL, LLC, brought this action against Defendants Assisted Living by Hillcrest, LLC (ALBH), Amy Doolittle Doro, and Jackie Dey.  Plaintiffs asserted claims of breach of contract and breach of the implied covenant of good faith and fair dealing against ALBH and claims of civil theft, conversion, and money had and received against ALBH, Doro, and Dey.  On September 4, 2025, the parties filed a stipulation for entry of judgment against ALBH and Doro.  Having reviewed and considered the parties' stipulation, the court hereby **APPROVES** the stipulation and **ORDERS** as follows:

1. Judgment shall be entered against Assisted Living by Hillcrest, LLC, and Amy Doolittle Doro, jointly and severally, in the amount of $850,000.00, inclusive of all costs and attorneys' fees.

2. All remaining claims and/or counterclaims asserted in this action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

        Dated at Green Bay, Wisconsin this 5th day of September, 2025.

                                                             _____
                                                             William C. Griesbach
                                                             United States District Judge