# United States District Court
EASTERN DISTRICT OF WISCONSIN

SENIOR OPPORTUNITY FUND OPERATIONS-I LLC, et al,

        Plaintiffs,

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-1008

    v.

ASSISTED LIVING BY HILLCREST, LLC, et al,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the court hereby APPROVES the stipulation and ORDERS as follows:

1. Judgment shall be entered against Assisted Living by Hillcrest, LLC, and Amy Doolittle Doro, jointly and severally, in the amount of $850,000.00, inclusive of all costs and attorneys' fees.

2. All remaining claims and/or counterclaims asserted in this action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

        Approved: s/ William C. Griesbach
                    WILLIAM C. GRIESBACH
                    United States District Judge

Dated: September 5, 2025

                    LINDA M. KLEMM
                    CLERK OF COURT

                    s/ Jennifer Mariucci
                    (By) Deputy Clerk